BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 16-71 |

**PLAINTIFF'S MOTION FOR CONSOLIDATION AND TRANSFER
PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Tanashiska Lumas respectfully requests that the Judicial Panel on Multidistrict Litigation ("Panel") transfer the Related Actions listed below and, if filed, any tag-along actions, to the United States District Court for the Southern District of Illinois for pre-trial coordination.

1. The complaints in the Related Actions allege that Defendants Johnson & Johnson ("J&J); Johnson & Johnson Consumer Companies, Inc. ("J&J Consumer"); Imerys Talc America, Inc., f/k/a Luzenac America, Inc. ("Imerys"); and Personal Care Products Council f/k/a Cosmetic, Toiletry, and Fragrance Association ("PCPC"), (together, "Defendants") misrepresented the safety and reliability of Johnson & Johnson's talcum powder products (Johnson & Johnson Baby Powder and Shower to Shower; hereinafter the "Products") for personal, hygienic use.

2. The complaints allege violations of state consumer protection acts and causes of action based on breach of express and implied warranty, negligence, gross negligence, punitive damages, failure to warn, design and/or manufacturing defect, civil conspiracy, concert of action, aiding and abetting, negligent misrepresentation, survival, wrongful death, restitution or disgorgement based on unjust enrichment, loss of consortium, fraud and fraudulent concealment.

1

3. Plaintiff's case was filed in the Southern District of Illinois on July 1, 2016 against Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Case No. 3:16-cv-00741. The Related Actions are other actions filed throughout the United States and include two class actions: *Mihalich v. Johnson & Johnson*; Case No. 3:14-cv-00600-DRH-SCW (S.D. Ill.) and *Estrada v. Johnson & Johnson*; Case No. 2:14-cv-01051-TLN-KJN (E. D. Cal.); and the following individual actions: *Chakalos v. Johnson & Johnson, et al.*; Case No. 3:14-cv-07079-FLW-LHG (D. N.J.); *Bors v. Johnson & Johnson, et al.*; Case No. 2:16-cv-02866-MAK (E.D. Penn.); *Robb v. Johnson & Johnson, et al.*; Case No. 5:16-cv-00620-D (W.D. Okl.); *Anderson v. Johnson & Johnson*; Case No. 3:16-cv-00447-JWD-EWD (M.D. La.); *Gould v. Johnson & Johnson*; Case No. 3:16-cv-03838 (N.D. Cal.); *Musgrove v. Johnson & Johnson*; Case No. 1:16-cv-06847 (N.D. Ill.); *Rich-Williams v. Johnson & Johnson*; Case No. 1:16-cv-00121-SA-DAS (N.D. Miss.); and *Kuhn v. Johnson & Johnson*; Case No. 1:16-cv-00055-KHS (M.D. Tenn.).

4. Transfer is appropriate as such will serve the convenience of the parties and witnesses and will promote the just and efficient conduct of these actions. Transfer and consolidation of all cases to one district pursuant to 28 U.S.C. § 1407 will eliminate duplicative discovery, prevent inconsistent rulings on a number of pre-trial issues (including class certification), and conserve judicial resources and the resources of the parties.

5. Plaintiff respectfully suggests that these proceedings be assigned to the Southern District of Illinois. The Southern District is particularly suited for transfer and consolidation of these actions. The Southern District of Illinois is geographically convenient and in close proximity to St. Louis, Missouri, the location of pending Missouri state court cases making this

location convenient for document recovery.[1] The Southern District of Illinois is also centrally located and a convenient travel location for both West and East Coast counsel.

6. Plaintiffs respectfully suggest that this MDL would be assigned to the Honorable David R. Herndon. Judge Herndon has years of experience handling complex MDLs. This Panel has praised Judge Herndon for his experience and ability to handle large-scale MDLs:

> [B]y selecting Judge David R. Herndon to preside over this matter, we are selecting a jurist with the willingness and ability to handle this litigation. Judge Herndon, an experienced MDL judge, has deftly presided over *In re: Yasmins and Yaz (drospirenon) Marketing Sales Practices*, 655 F. Supp. 2d 1343 (J.P.M.L. 2009), another large pharmaceutical products liability litigation.

*In re: Pradaxa (Dabigatran Etexilate) Products liability Litigation*, 883 F. Supp. 2d 1355, 1356 (2012). Judge Herndon has also been assigned to one of the related class-action cases, *Mihalich v. Johnson & Johnson* and is already familiar with the issues present in this case.

7. The Southern District of Illinois has the resources to efficiently manage the consolidated actions, and Judge David R. Herndon is well suited to manage this complex case.

For the foregoing reasons, Plaintiff respectfully requests that the Panel transfer the Related Action, and any future cases, to the United States District Court for the Southern District of Illinois for consolidation before Judge David R. Herndon.

Dated: July 15, 2016

                                      Respectfully submitted,

                                      By: /s/ *Don Barrett*
                                      John "Don" Barrett

---

[1] The pending state court actions are *Swann, et al. v. Johnson & Johnson, et al.*, In the Circuit Court of St. Louis City, Case No. 1422-CC09326 (Mo. 2014); *Hogans, et al. v. Johnson & Johnson, et al.*, Case No. 1422-CC09012 (Mo. 2014); and *Ferrar, et al. v. Johnson & Johnson, et al.*, Case No. 1422-CC09964 (Mo. 2014). There is also a case pending before the Ninth Circuit, *Blaes v. Johnson &* Johnson, Case No. 16-2080 (Ninth Cir. filed May 3, 2016), but the Plaintiff in that case moved to voluntarily dismiss his claims on the eve of trial and the issues on appeal relate to whether or not dismissal was proper.

David McMullan, Jr.
Katherine Barrett Riley
Sterling Starns
Cary Littlejohn
Brandi Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kriley@barrettlawgroup.com
sstarns@barrettlawgroup.com
clittlejohn@barrettlawgroup.com
bhamilton@barrettlawgroup.com

*Counsel for Plaintiffs*