# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2738 & TITLE - IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[ ] Support Centralization in _____

[✓] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

  List attached.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

  List attached.

Name and Address of Attorney Designated to Present Oral Argument:

| Timothy G. Blood | Blood, Hearst & O'Reardon, LLP | San Diego | California |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 619-338-1100      Email Address: tblood@bholaw.com

| 09/15/2016 | Timothy G. Blood | /s/ Timothy G. Blood |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

## PARTIES REPRESENTED

Mona Estrada, Plaintiff

Barbara Mihalich, Plaintiff

## SHORT CASE CAPTION(s)

Estrada v. Johnson & Johnson; Case No. 2:14-cv-01051-TLN-KJN (E. D. Cal.)

Mihalich v. Johnson & Johnson, et al., C.A. No. 3:14-00600 (S. D. Ill.)