**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

*In re:  Johnson & Johnson Talcum Powder Products Marketing, Sales and*          MDL NO: 2738
      *Products Liability*

**This Document Relates to:**
*Rene Slayden v. Johnson & Johnson, et al.,*
Case No: 3:16-cv-00938-DRH-PMF

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing **Interested Party**

**Response in Support** was served on all parties in the following cases electronically, and/or as

indicated below, on **September 2, 2016**.

| | |
|---|---|
| ***Johnston v.  Johnson & Johnson, et al. .***<br>**USDC for the Middle District of Alabama (Montgomery); Case No: 2:16-cv-00620** | |
| Jamie Austin Johnston, Esquire<br>**Jamie A. Johnston, P.C.**<br>2740 Zelda Road, 4th Floor<br>Montgmery, AL 36106<br>Email: Jamie@jjohnstonpc.com<br><br>*Attorney/Pro Se for Plaintiff Jamie Austin Johnston* | John H. Beisner, Esquire<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-7000<br>Fax:    (202) 393-5760<br>Email:  john.beisner@skadden.com |
| ***Wilson v. Johnson & Johnson., et al.***<br>**USDC for the Northern District of Alabama (Southern); Case No: 2:16-cv-1287** | |
| Ted G. Meadows, Esquire<br>**Beasley Allen Crow Methvin**<br>  **Portis & Miles, P.C.**<br>272 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103<br><br>*Attorney for Plaintiff Lisa Wilson* | Johnson & Johnson<br>c/o Registered Agent<br>2180 Satellite Boulevard, Suite 400<br>Duluth, GA 30097<br><br>Johnson & Johnson Consumer Companies, Inc.<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08901<br><br>*Defendants* |

| | |
|---|---|
| Leslie K. Eason, Esquire<br>**Gordon & Rees, LLP**<br>The Pinnacle Building<br>3455 Peachtree Road, Suite 1500<br>Atlanta, GA 30326<br>Phone: (404) 869-9054<br>Fax:     (678) 389-8475<br>Email:  leason@gordonrees.com<br><br>*Attorney for Defendant Imerys Talc America, Inc.* | Personal Care Products Council<br>1101 17th Street, NW, Suite 300<br>Washington, DC 20036<br><br>*Defendant* |

**Khorrami v. Johnson & Johnson, et al.**
**USDC for the Central District of California (Southern Division); Case No: 8:16-cv-01419**

| | |
|---|---|
| *Chad F. Ihrig,  Esquire*<br>*Christopher J. Johnson, Esquire*<br>**Nix, Patterson & Roach, LLP**<br>3600 N. Capital of Texas Highway<br>Building B, Suite 350<br>Austin, TX 78746<br>Phone: (512) 968-4718<br>Fax:     (512) 328-5335<br>Email:  cihrig@nixlawfirm.com<br>           cjohnson@npraustin.com<br><br>Nelson J. Roach,  Esquire<br>**Nix, Patterson & Roach, LLP**<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Phone: (903) 645-7333<br>Email:  njroach@nixlawfirm.com<br><br>Gregory L. Laker, Esquire<br>Takeena M. Thompson, Esquire<br>Jeff S. Gibson, Esquire<br>**Cohen & Malad, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis IN 46204<br>Phone: (317) 636-6481<br>Fax:     (317) 636-2593<br>Email: glaker@cohenandmalad.com<br>           nthompson@cohenandmalad.com<br>           jgibson@cohenandmalad.com<br><br>Karen B. Menzies, Esquire<br>**Robinson, Calcagnie, Robinson**<br>  **Shapiro & Davis**<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Phone: (510) 350-9240<br>Fax:     (510) 350-9701<br><br>*Attorney for Plaintiff Mahnaz Khorrami* | John H. Beisner, Esquire<br>**Skadden, Arps, Slate,**<br>     **Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-7000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants, Johnson & Johnson and*<br>*Johnson & Johnson Consumer Companies, Inc.*<br><br>Thomas T. Locke, Esquire<br>**Seyfarth Shaw, LLP**<br>975 F. Street, NW<br>Washington, DC 20004<br>Phone: (202)828-5376<br>Fax:     (202) 828-5393<br>Email:  tlocke@seyfarth.com<br><br>*Attorney for Defendant Personal Care Products*<br>*Council* |

| | |
|---|---|
| *Estranda v. Johnson & Johnson., et al.*<br>**USDC for Eastern District of California (Sacramento); Case No: 2:14-cv-01051** | |
| W. Daniel Miles, III, Esquire<br>Alison D Hawthorne, Esquire<br>Charles L. Gould, Esquire<br>**Beaslely Allen Crow Methvin**<br>  **Portis & Miles, P.C.**<br>272 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103<br>Phone: (334) 2699-2343<br>Fax:    (334) 954-7555<br>Email: dee.miles@beasleyallen.com<br>          Alison.hawthorne@beasleyallen.com<br>          Lance.gould@beasleyallen.com<br><br>Paula M. Roach, Esquire<br>Thomas J. O'Reardon, Esquire<br>Timothy G. Blood, Esquire<br>**Blood, Hurst & O'Reardon, LLP**<br>701 B. Street, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br>Fax:    (619) 338-1101<br>Email: pbrown@bholaw.com<br>          toreardon@bholaw.com<br>          tblood@bholaw.com<br><br>*Attorneys for Plaintiff Mona Estrada* | John H. Beisner, Esquire<br>**Skadden, Arps, Slate,**<br>  **Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-7000<br>Fax:    (202) 393-5760<br>Email: john.beisner@skadden.com<br><br>*Attorney for Defendants, Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |
| *Gould v. Johnson & Johnson, et al.*<br>**USDC for the Northern District of California (San Francisco); Case No: 4:16-cv-03838** | |
| Ben Franklin Pierce Gore, Esquire<br>**Pratt & Associates**<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>Phone: (408) 429-6506<br>          (408) 369-0752<br>Email: pgore@prattattorneys.com<br><br>*Attorney for Plaintiff Dolores Gould* | G. Gregg Webb, Esquire<br>**Shook Hardy & Bacon, LLP**<br>One Montgomery Street, Suite 2700<br>San Francisco, CA 94104<br>Phone: (415) 544-1900<br>Fax:    (415) 391-0281<br>Email: gwebb@shb.com<br><br>*Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

***Marchetti v. Johnson & Johnson, et al.***
**USDC for the Middle District of Georgia (Columbus); Case No: 4:16-cv-00227**

John R. Bevis, Esquire
Roy E. Barnes, Esquire
**Barnes Law Group, LLC**
31 Atlanta Street
Marietta, GA 30060
Phone: (770) 227-6375
Fax:      (770) 227-6373
Email:  bevis@barneslawgroup.com

Patrick A. Dawson, Esquire
Robert D. Cheerley, Esquire
**Cheerly Law Group, LLC**
299 South Main Street, Suite A
Alpharetta, GA 30009
Phone: (770) 559-6365
Fax:      (678) 559-0273
Email: pat@cheerleylawgroup.com
          bob@cheerleylawgroup.com

*Attorneys for Plaintiffs Cammy D. Marchetti and Michael A. Marchetti*

Beth A. Bauer, Esquire
**Hepler Broom, LLC**
211 North Broadway, Suite 2700
St. Louis, MO 63102
Phone: (618) 656-0184
Email:  bbauer@Heplerbroom.com

Gerald T. Noce, Esquire
**Hepler Broom, LLC**
130 North Main Street
P.O. Box 510
Edwardville, IN 62025

Carol D. Browning, Esquire
**Stites & Harbison PLLC-Lexington**
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
Phone: (502) 681-0516
Fax:      (502) 587-6391
Email:  cbrowning@stites.com

Ellen M. Kelly, Esquire
Robert J. Curtis, Esquire
**Robert Curtis Law Office, PA**
25 Central NW, Suite 200
Albuquerque, NM 87102
Phone: (505) 389-2030
Email:  (505) 764-6099

Iain Leslie Cooper Kennedy, Esquire
**Shook, Hardy & Bacon, LLP**
210 S. Biscayne Boulevard, Suite 3200
Miami Center, Suite 3200
Miami, FL 33131
Phone: (305) 358-5171
Fax:      (305) 358-7470
Email:  ikennedy@shb.com

Kathleen Frazier, Esquire
Scott A. James, Esquire
**Shook Hardy & Bacon, LLP**
JPMorgan  Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Phone: (713) 227-8000
Fax:      (713) 227-9508
Email: kfrazier@shb.com
          sjames@shb.com

Leslie J. Suson, Esquire
Zoe I. Martinez, Esquire
**Thompson Hine**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326

| | |
|---|---|
| | Phone: (404) 541-2964<br>Fax:     (404) 541-2905<br>Email: leslie.suson@thompsonhine.com<br>        Ileana.Martinez@thompsonhine.com<br><br>*Attorneys for Johnson & Johnson, Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer Products Company,* |
| Lisa C. Ortega, Esquire<br>**Rodney, Dickason, Sloan, Akin, & Robb**<br>P.O. Box 1888<br>Albuquerque, NM 87103 | Leslie A. Benitez, Esquire<br>Michael R. Klatt, Esquire<br>**Gordon & Rees, LLP**<br>816 Congress Avenue, Suite 1510<br>Austin, TX 78701<br>Phone: (512) 472-8800<br>Email: mklatt@gordonrees.com<br>            lbenitez@gordonrees.com |
| Mark A. Post, Esquire<br>Mary Ann Mellow, Esquire<br>**Sanberg, Phoenix & Von Gontard, P.C.**<br>Once City Centre, 15th Floor<br>St. Louis, MO 63101<br>Phone: (314) 231-3332<br>Fax:     (314) 241-7604<br>Email:  mpost@spvg.com | Nancy M. Erfle, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1275<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:     (503) 616-3600<br>Email:  nerfle@gordonrees.com |
| Susan S. Wettle, Esquire<br>**Frost Brown Todd, LLC**<br>400 Market Street, Suite 3200<br>Louisville, KY 40202 | Leslie K. Eason, Esquire<br>**The Eason Law Firm**<br>6150 Old National Highway<br>Atlanta, GA 30049 |
| *Attorneys for Imerys Talc America, Inc.* ||

*Traylor v. Johnson & Johnson, et al.*
**USDC for the Middle District of Georgia (Columbus); Case No: 4:16-cv-00263**

| | |
|---|---|
| Andrew J. Hill, III, Esquire<br>Henry G. Garrard, III, Esquire<br>James B. Matthews, III, Esquire<br>Josh B. Wages, Esquire<br>Patrick H. Garrard, Esquire<br>**Blasingame, Burch, Garrardd & Ashley, P.C.**<br>440 College Avenue<br>P.O. Box 832<br>Athens, GA 30603<br>Phone: (706) 354-4000<br>Email: ajh@bbgalaw.com<br>        hgg@bbgbalaw.com<br>        jbm@bbgbalaw.com<br>        jbw@bbgbalaw.com<br>        phg@bbgbalaw.com<br><br>*Attorneys for Plaintiff Brenda Traylor* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.*<br><br>Nancy M. Erfie, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:     (503) 616-3600<br>Email:  nerfie@gordonrees.com<br><br>*Attorney for Defendant Imerys Talc America, Inc.* |

| *Hicks, et al. v. Johnson & Johnson, et al.* | |
| USDC for **Middle District of Georgia (Macon)**; Case No: **5:16-cv-00355** | |
| John R. Bevis, Esquire<br>Roy E. Barnes, Esquire<br>**Barnes Law Group, LLC**<br>31 Atlanta Street<br>Marietta, GA 30060<br>Phone: (770) 227-6375<br>Fax:      (770) 227-6373<br>Email:   bevis@barneslawgroup.com<br><br>Patrick A. Dawson, Esquire<br>Robert D. Cheeley, Esquire<br>**Cheeley Law Group, LLC**<br>299 South Main Street, Suite A<br>Alpharetta, GA 30009<br>Phone: (770) 559-6365<br>Fax:      (678) 559-0273<br>Email: pat@cheeleylawgroup.com<br>          bob@cheeleylawgroup.com<br><br>*Attorneys for Plaintiffs Nancy Crew Hicks and Brannon Rice Hicks, Sr., w/h* | William L. Stern, Esquire<br>John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:   john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.*<br><br>Nancy M. Erfie, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:      (503) 616-3600<br>Email:   nerfie@gordonrees.com<br><br>*Attorney for Defendant Imerys Talc America, Inc.* |
| *Walker v. Johnson & Johnson, et al.* | |
| USDC for the **Northern District of Georgia (Atlanta)**; Case No: **1:16-cv-02840** | |
| John R. Bevis, Esquire<br>Roy E. Barnes, Esquire<br>**Barnes Law Group, LLC**<br>31 Atlanta Street<br>Marietta, GA 30060<br>Phone: (770) 227-6375<br>Fax:      (770) 227-6373<br>Email:   bevis@barneslawgroup.com<br><br>Patrick A. Dawson, Esquire<br>Robert D. Cheeley, Esquire<br>**Cheeley Law Group, LLC**<br>299 South Main Street, Suite A<br>Alpharetta, GA 30009<br>Phone: (770) 559-6365<br>Fax:      (678) 559-0273<br>Email: pat@cheeleylawgroup.com<br>          bob@cheeleylawgroup.com<br><br>*Attorneys for Plaintiff Allison M. Walker* | William L. Stern, Esquire<br>John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:   john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer, Inc., and Johnson & Johnson Consumer Products Company*<br><br>Nancy M. Erfie, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:      (503) 616-3600<br>Email:   nerfie@gordonrees.com<br><br>*Attorneys for Defendant Imerys Talc America, Inc.* |

| *Strickland, et al. v. Johnson & Johnson, et al.* | |
|---|---|
| **USDC for the Northern District of Georgia (Atlanta); Case No: 1:16-cv-2861** | |
| Roy E. Barnes, Esquire<br>**Barnes Law Group, LLC**<br>31 Atlanta Street<br>Marietta, GA 30060<br>Phone: (770) 227-6375<br>Fax:      (770) 227-6373<br>Email:  bevis@barneslawgroup.com<br><br>Patrick A. Dawson, Esquire<br>Robert D. Cheeley, Esquire<br>**Cheeley Law Group, LLC**<br>299 South Main Street, Suite A<br>Alpharetta, GA 30009<br>Phone: (770) 559-6365<br>Fax:      (678) 559-0273<br>Email: pat@cheeleylawgroup.com<br>          bob@cheeleylawgroup.com<br><br>*Attorneys for Plaintiffs Neil Rose Strickland and Charles L. Strickland* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson , Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer, Inc. and Johnson & Johnson Consumer Products Company*<br><br>Nancy M. Erfie, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:      (503) 616-3600<br>Email:  nerfie@gordonrees.com<br><br>Leslie K. Eason, Esquirie<br>**Gordon & Rees, LLP**<br>3455 Peachtree Road<br>Atlanta, GA 30326<br>Phone: (404) 869-9054<br>Fax:      (678) 389-8475<br><br>*Attorneys for Defendant Imerys Talc America, Inc.* |
| *Musgrove v. Johnson & Johnson, et al.* | |
| **USDC for the Northern District of Illinois (Chicago); Case No: 1:16-cv-6847** | |
| Amanda K. Klevorn, Esquire<br>Korey A. Nelson, Esquire<br>**Burns Charet LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Phone: (504) 799-2845<br>Fax:      (504) 881-1765<br>Email: aklevorn@burncharest.com<br>          knelson@burnscharest.com<br><br>Daniel H. Charest, Esquire<br>Warren T. Burns, Esquire<br>**Burns Charest, LLP**<br>500 N. Akard Street, Suite 2810<br>Dallas, TX 75201<br>Phone: (469) 504-4555<br>Fax:      (469) 444-5002<br><br>Stewart M. Weitman, Esquire<br>**Boodell & Domanskis, LLC**<br>353 North Clark Street, Suite 1800<br>Chicago, IL 60654<br>Phone: (312) 938-1670<br>Fax:      (312) 300-5533<br>Email:  sweitman@boodlaw.com | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson , Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer, Inc. and Johnson & Johnson Consumer Products Company* |

| David A. Golanty, Esquire<br>**Boodell & Domanskis, LLC**<br>One North Franklin, Suite 1200<br>Chicago, IL 60606<br>Phone: (312) 938-4070<br>Email:  dgolanty@boodlaw.com<br><br>*Attorneys for Plaintiff Tony Alan Musgrove as Personal<br>Representative of the Estate of the Deceased* | |

**_Ross v. Johnson & Johnson, et al._**
**USDC for the Northern District of Illinois (Chicago); Case No: 1:16-cv-7293**

| Kenneth B. Moll, Esquire<br>**Moll Law Group**<br>401 N. Michigan Avenue, 12th Floor<br>Chicago, IL 60611<br>Phone: (312) 462-1700<br>Email:  kmoll@mollawgroup.com<br><br>Kurt D. Hyzy, Esquire<br>**The Law Group, Ltd.**<br>135 S. LaSalle Street, Suite 3950<br>Chicago, IL 60603<br>Phone: (312) 558-6444<br>Fax:     312) 558-1112<br><br>*Attorneys for Plaintiff Barbara Ross* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson, and<br>Johnson & Johnson Consumer Companies, Inc.* |

**_Mihalich v. Johnson & Johnson, et al._**
**USDC for the Southern District of Illinois (East St. Louis); Case No: 3:14-cv-00600**

| Ann E. Callis, Esquire<br>Kevin P. Green, Esquire<br>Mark C. Goldenberg, Esquire<br>Thomas P. Rosenfeld, Esquire<br>**Goldenbert, Heller, Antognoli & Rowland, P.C.**<br>2227 South State Route 157<br>P.O. Box 959<br>Edwardsville, IL 62025<br>Phone: (618) 656-5150<br>Fax::     (618) 656-6230<br>Email: acallis@ghalaw.com<br>          Kevin@ghalaw.com<br>          mark@ghalaw.com<br>          tom@ghalaw.com<br><br>Nathaniel R. Carroll, Esquire<br>**Law Office of Nathaniel R,. Carroll LLC**<br>P.O. Box 63133<br>St. Louis, MO 63136<br>Phone: (314) 502-4703<br>Fax:     (877) 538-3827<br>Email:  Nathaniel. carroll@gmail.com<br><br>Paula R. Brown, Esquire<br>Timothy Blood<br>**Blood Hurst & O'Reardon, LLP**<br>701 B. Street, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br>Fax:     (619) 338-1101 | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>Dan H. Ball, Esquire<br>Timothy J. Hasken, Esquire<br>**Bryan Cave LLP**<br>One Metropolitian Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 552-8879<br>Phone: (314) 259-2879<br>Fax:     (314) 552-8879<br>Email: dhball@bryancave.com<br>          Tim.hasken@bryancave.com<br><br>Matthew D. Powers, Esquire<br>Victoria L. Weatherford, Esquire<br>**O'Melveny & Myers, LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Phone: (415) 984-8898<br>Fax:     (415) 984-8701<br>Email: mpowers@omm.com<br>          vweatherford@omm.com<br><br>Richard B. Goetz, Esquire |

| | |
|---|---|
| Email: pbrown@bholaw.com<br>       tblood@bholaw.com<br><br>*Attorney for Plaintiff Barbara Mihalich* | **O'Melveny & Myers, LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 430-6000<br>Fax:     (312) 430-6407<br>Email:  rgoetz@omm.com<br><br>*Attorney for Defendants Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc.* |

***Lumas v. Johnson & Johnson, et al.***
**USDC for the Southern District of Illinois (East St. Louis); Case No: 3:16-cv-00741**

| | |
|---|---|
| Brandi Hamilton, Esquire<br>Cary Littlejohn, Esquire<br>David McMullan, Jr., Esquire<br>Don Barrett, Esquire<br>Katherine B. Riley, Esquire<br>Sterling Starns, Esquire<br>**Barrett Law Group, PA**<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095<br>Phone: (662) 834-2488<br>Fax:     (662) 834-2628<br>Email: bhamilton@barrettlawgroup.com<br>       elittlejohn@barrettlawgroup.com<br>       dmcmullan@barrettlawgroup.com<br>       dbarrett@barrettlawgroup.com<br>       kbriley@barrettlawgroup.com<br>       sstarns@barrettlawgroup.com<br><br>*Attorneys for Plaintiff Tanashiska Lumas* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc.* |

***Casey, et al. v. Johnson & Johnson, et al. .***
**USDC for the Western District of Kentucky (Louisville); Case No: 3:16-cv-00477**

| | |
|---|---|
| Ann B. Oldfather, Esquire<br>Robert S. Deskins, Esquire<br>**Oldfather Law Firm**<br>1330 South 3rd Street<br>Louisville, KY 40208<br>Phone: (502) 637-7200<br>Fax:     (502) 636-0066<br>Email: aoldfather@oldfather.com<br>       sdeskins@oldfather.com<br><br>Jennifer A. Moore, Esquire<br>**Grossman & Moore,  PLLC**<br>401 W. Main Street, Suite 1810<br>Louisville, KY 40202<br>Phone: (502) 657-7100<br>Fax:     (502) 657-7111<br>Email:  jmoore@gminjurylaw.com<br><br>*Attorneys for Plaintiffs Carol Casey and Thomas Casey* | Beth A. Bauer, Esquire<br>**Hepler Broom, LLC**<br>211 North Broadway, Suite 2700<br>St. Louis, MO 63102<br>Phone: 618) 656-0184<br>Email:  bbauer@Heplerbroom.com<br><br>Gerard T. Noce, Esquire<br>**Hepler Broom, LLC**<br>800 Market Street, Suite 2300<br>St. Louis, MO 63101<br>Phone: (314) 241-6160<br>       (314) 241-6116<br>Email:  gnonce@Heplerbroom.com<br><br>Ellen M. Kelly,  Esquire<br>Robert J. Curtis, Esquire<br>**Robert Curtis Law Office PA**<br>215 Central NW, Suite 200<br>Albuquerque, NM 87102<br>Phone: (505) 389-2030<br>Fax:     (505) 764-6099<br>Email: ellen@rcurtislaw.com<br>       Robert@rcurtislaw.om |

Iain L. Cooper Kennedy, Esquire
**Shook Hardy & Bacon, L.L.P.**
Miami Center, Suite 3200
201 S. Biscayne Boulevard
Miami, FL 33131
Phone: (305) 358-5171
Fax:     (305) 358-7470
Email:  ikennedy@shb.com

Kathleen Frazier, Esquire
Scott A. James, Esquire
**Shook Hardy & Bacon, L.L.P.**
JP Morgan Chase Tower, Suite 3400
600 Travis Street
Houston, TX 77002
Phone: (713) 227-8088
Fax:     (713) 227-9508
Email:  kfrazier@shb.com
            sjames@shb.com

Jessica D. Miller, Esquire
John H,. Beisner, Esquire
**Skadden, Arps, Slate Meagher & Flom, LLP**
1440 New York Avenue, NW
Washington, DC 20005
Phone: (202) 371-7850
Fax:     (202) 661-0525
Email:  Jessica.miller@skadden.com
            John.beisner@skadden.com

Leslie J. Suson, Esquire
Zoe I. Martinez, Esquire
**Thompsdon Hine, LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, GA 30326
Phone: (404) 541-2900
Fax:     (404) 541-2905

Carol D. Browning, Esquire
**Stites & Harbison, PLLC**
400 W. Market Street, Suite 1800
Louisville, KY 40202
Phone: (502) 681-0516
Fax:     (502) 779-8232
Email:  cbrowning@stites.com

*Attorneys for Defendants, Johnson & Johnson and*
*Johnson & Johnson Consumer Companies, Inc., et al.*

| *Elouise Anderson v. Johnson & Johnson, et al.* | |
| USDC for the Middle District of Louisiana  (Baton Rouge); Case No: 3:16-cv-00477 | |
| Amanda K Klevorn, Esquire<br>Korey A. Nelson, Esquire<br>**Burns Charest LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Phone: (504) 799-2845<br>Fax:      (504) 881-1765<br>Email: aklevorn@burnscharest.com<br>            Knelson@burnscharest.com<br><br>Daniel H. Charest, Esquire<br>Warren T. Burns, Esquire<br>**Burns Charest LLP**<br>500 North Akard Street, Suite 2810<br>Dallas, TX 75201<br>Phone: (469) 904-4551<br>Fax:      (469) 444-5002<br>Email:  dcharest@burnscharest.com<br><br>*Attorneys for Plaintiff Elouise Anderson* | Kim E. Moore, Esquire<br>Davide M. Melancon, Esquire<br>Meera Unnithan Sossamon, Esquire<br>**Irwin Fritchie Urquhart & Moore LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Phone: (504) 310-2100<br>Fax:      (504) 310-2101<br>Email: kmoore@irwinllc.com<br>            dmelancon@irwinllc.com<br>            msossamon@irwinllc.com<br><br> *Attorney for Defendants, Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc.* |
| *Batiste v. Johnson & Johnson, et al. .* | |
| USDC for the Western District of Louisiana (Lafayette); Case No: 6:16-cv-1120 | |
| Amanda K. Klevorn, Esquire<br>Korey A. Nelson, Esquire<br>**Burns Charest, LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Phone: (504) 799-2845<br>Fax:      (504) 881-1765<br>Email: aklevorn@burnscharest.com<br>            knelson@burnscharest.com<br><br>Daniel H. Charest, Esquire<br>Warren T. Burns, Esquire<br>**Burns Charest, LLP**<br>500 N Akard Street, Suite 2810<br>Dallas, TX 75201<br>Phone: (469) 904-4550<br>Fax:      (469) 444-5002<br>Email: dcharest@burnscharest.com<br>            wburns@burnscharest.com<br><br>*Attorneys for Plaintiff, Kenneth J Batiste as Personal Representative of the Estate of Deiandria Batiste, Deceased* | Meera Unnithan Sossamon, Esquire<br>David M Melancon, Esquire<br>Kim E. Moore, Esquire<br>**Irwin Fritchie Urquhart & Moore LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA  70130<br>Phone: (504) 310-2100<br>Fax:      (504) 310-2101<br>Email:  msossamon@irwinllc.com<br>            dmelancon@irwinllc.com<br>            kmoore@irwinllc.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

*Fenstemaker, et al. v. Johnson & Johnson, et al.*
**USDC for the Eastern District of Missouri (St. Louis); Case No: 4:16-cv-00938**

Sean Patrick Barth, Esquire
**Napoli Shkolnik**
103 W. Vandalia Street, Suite 125
Edwardsville, IL 62025
Phone: (212) 397-1000
Fax:       (312)-878-3894
Email: sbarth@napolilaw.com

*Attorney for Plaintiffs, Charles Fenstemaker and Sisi
Harris, surviving heir of Teresa Fenstemaker, Deceased*

Beth A. Bauer, Esquire
**Hepler Broom, LLC**
211 North Broadway, Suite 2700
St. Louis, MO 63102
Phone: (618) 656-0184
Email:  bbauer@Heplerbroom.com

Gerard T. Noce, Esquire
**Hepler Broom, LLC**
800 Market Street, Suite 2300
St. Louis, MO 63101
Phone: (314) 241-6160
          (314) 241-6116
Email:  gnonce@Heplerbroom.com

Ellen M. Kelly,  Esquire
Robert J. Curtis, Esquire
**Robert Curtis Law Office PA**
215 Central NW, Suite 200
Albuquerque, NM 87102
Phone: (505) 389-2030
Fax:       (505) 764-6099
Email: ellen@rcurtislaw.com
            Robert@rcurtislaw.om
Iain L. Cooper Kennedy, Esquire
**Shook Hardy & Bacon, L.L.P.**
Miami Center, Suite 3200
201 S. Biscayne Boulevard
Miami, FL 33131
Phone: (305) 358-5171
Fax:       (305) 358-7470
Email:  ikennedy@shb.com

Kathleen Frazier, Esquire
Scott A. James, Esquire
**Shook Hardy & Bacon, L.L.P.**
JP Morgan Chase Tower, Suite 3400
600 Travis Street
Houston, TX 77002
Phone: (713) 227-8088
Fax:       (713) 227-9508
Email: kfrazier@shb.com
            sjames@shb.com

Jessica D. Miller, Esquire
John H,. Beisner, Esquire
**Skadden, Arps, Slate Meagher & Flom, LLP**
1440 New York Avenue, NW
Washington, DC 20005
Phone: (202) 371-7850
Fax:       (202) 661-0525
Email:  Jessica.miller@skadden.com
            John.beisner@skadden.com

Leslie J. Suson, Esquire
Zoe I. Martinez, Esquire
**Thompsdon Hine, LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, GA 30326
Phone: (404) 541-2900
Fax:     (404) 541-2905

Carol D. Browning, Esquire
**Stites & Harbison, PLLC**
400 W. Market Street, Suite 1800
Louisville, KY 40202
Phone: (502) 681-0516
Fax:     (502) 779-8232
Email:  cbrowning@stites.com

*Attorneys for Defendants, Johnson & Johnson and*
*Johnson & Johnson Consumer Companies, Inc., et al.*

Bruce D Hall, Esquire
Lisa Chavez Ortega, Esquire
**Rodey, Dickason, Sloan, Akin & Robb**
P.O. Box 1888
Albuquerque, NM 87103-1888
Phone: (505) 765-5900
Fax:     (505) 768-7395
Email: lortega@rodey.com

Leslie A. Benitez, Esquire
Michael R. Klatt
**Gordon & Rees, LLP**
816 Congress Avenue, Suite 1510
Austin, TX 78701-2479
Phone: (512) 391-0197
Fax:     (512) 391-0183
Email: lbenitez@gordonrees.com
        mklatt@gordonrees.com

Leslie K, Eason, Esquire
**The Eason Law Firm**
6150 Old National Highway
Atlanta, GA 30049
Phone: (770) 909-7200
Email:  leason@gordonrees.com

Nancy M. Erfle, Esquire
**Gordon & Rees LLP**
121 SW Morrison , Suite 1575
Portland, OR 97204
Phone: (503) 222-1075
Fax:     (503) 616-3600
Email: nerfle@gordonrees.com

Susan S. Wettle
**Frost Brown Todd LLC - Louisville**
400 W. Market Street, Suite 3200 Louisville, KY 40202
Phone: (502) 568-0312
Fax:     (502) 581-1087
Email:  swettle@fbtlaw.com

David T. Schaefer, Esquire
Ryan A. Morrison, Esquire
**Dinsmore & Shohl LLP**
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 581-8000
Fax:     (502) 581-8111
Email: david.schaefer@dinslaw.com
        ryan.morrison@dinsmore.com

Sarah Izfar, Esquire
Thomas T Locke, Esquire
**Seyfarth Shaw LLP - DC**
975 F Street, NW
Washington, DC 20014-1454
Phone: (202) 463-2400
Fax:     (202) 828-5393
Email:  tlocke@seyfarth.com

Laura K. Beasley, Esquire
**Joley and Oliver**
8 E. Washington St.
Belleville, IL 62220
Phone: (618) 235-2020
Fax:     (618) 235-9632
Email:  lbeasley@ilmoattorneys.com

*Attorneys for Defendant Personal Care Products*
*Council*

Mark A. Prost, Esquire
Mary A. Mellow, Esquire
**Sandberg Phoenix & von Gontard, P.C.**
600 Washington Avenue, 15th Floor
St. Louis, MO 63101-1313
Phone: (314) 231-3332
Fax:     (314) 241-7604
Email: mprost@sandbergphoenix.com
           mmellow@sandbergphoenix.com

*Attorneys for Imerys Talc America, Inc.*

---

*Gallow, et al. v. Johnson & Johnson, et al.*
**USDC for the Eastern District of Missouri (St. Louis); Case No: 4:16-cv-01123**

| | |
|---|---|
| James G. Onder, Esquire<br>Michael J. Quillin, Esquire<br>Stephanie L. Rados, Esquire<br>William Wylie Blair, Esquire<br>**Onder & Shelton, L.L.C.**<br>110 East Lockwood<br>St. Louis, MO 63119<br>Phone: (314) 963-9000<br>Fax:     (314) 963-1700<br>Email: onder@onderlaw.com<br>           quillin@onderlaw.com<br>           rados@onderlaw.com<br>           blair@onderlaw.com | Beth A. Bauer, Esquire<br>Gerard T. Noce<br>**Hepler Broom**<br>211 North Broadway, Suite 2700<br>St. Louis, MO 63102<br>Phone: (314) 241-6160<br>Fax:     (314) 241-6116<br>Email: bab@heplerbroom.com<br>           sro@heplerbroom.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

*Attorney for Plaintiffs, Mary Gallow, Tammi Abell, Diana Ahlbin, Marva Aimes, Susan Aldridge, Cindy Angel, Terri Baranich, Cheryle Bechtold, Shrleen Begaye, Jerri Berry, Sandra Brandon, Renessa Brown, Alvetta Carroll, Lynette Cephas, Somben Cromer, Maureen Cummings, David Dishman o/b/o Brenda Jane Dishman, Deceased, Joan Dittrich, Brenda Downey, Ignacio Dozier, Suzanne Dukewits, Alam Jean Eastman, Candice Ellison, Marilyn Farrell, Karen Ferro, Casandra Fletcher, Chanthony Foreman, Faith Fowler, Willie R. Given o/b/o Shantai Givens, Deceased, Christa Goeb, Freya Gordon, Brenda Gray, Brenda Griffin, Patricia Hatch, Dolores Haynes, Sara Jane Hilton, Lexi Holland, Deborah Jean Horton, Lakishia Howard, Andrea Hutchinson, Sharon Kay Jackson, Barbara Jones, Barbara Kaplan, Linda Knox, Terri Lake, Janice Lamar-Davis, Debry Lanear, Angela Leach-Jayroe, Mvlude Lika, Barbara Landry, Maria Lazo, Cathy Lorenz, Lynda Mack, Maria Martinez, Aminta McCarthy o//b/o Anna Cortez, Deceased, Monique McCormick, Karen McQuillen, Barbara Miles, Sharon Monahan, Mary Morris, Angela Morton, Judith Murray, Rosa Muse, Debbie Netterville, Donna Nuzzo, Lore Opperman, Dorothy Packer, Carrie Perkins, Belinda Peters, Mary Poppins, Tiffany Provitt, Regina Scott, Kantina Shannon, o/b/o Jassmeka McGaughy, Deceased, Richard Snell o/b/o Kathlene Kay Snell, Deceased, Melissa Stretz, Eveline Thayers, Patricia Thomas, Debbie Kay Thompson, Sara Tibetts, Timothy Trammel o/b/o Deborah Bay, Deceased, Julie Wallen, Kenah Wheeler, Tony Wood, Lydia Busbin, Lou Jean Gregory, Darrell McCroskery, Carmen Jennette, and Ana Maquire,*

Mark A. Prost, Esquire
**Sandberg Phoenix & von Gontard**
600 Washington Avenue, 15th Floor
St. Louis, MO 63101-1313
Phone: (314) 231-3332
Fax::    (314) 241-7604
Email: mprost@sandbergphoenix.com
           mmellow@sandbergphoenix.com

*Attorneys for Imerys Talc America, Inc.*

*Cerrone-Kennedy, et al. v. Johnson & Johnson, et al.*
**USDC for the Western District of Missouri (St. Joseph); Case No: 5:16-cv-6091**

Ashlea G. Schwarz, Esquire
Jack D. McInnes, V, Esquire
Richard M. Paul, III, Esquire
Susan Becker, Esquire
**Paul Mcinnes LLP**
601 Walnut Street, Suite 300
Kansas City, MO 64106
816-984-8100
Fax: 816-984-8101
Email: ashlea@paulmcinnes.com
       mcinnes@paulmcinnes.com
       paul@paulmcinnes.com
       becker@paulmcinnes.com

*Attorneys for Delores Cerrone-Kennedy and Josh Kennedy*

Dan H. Ball, Esquire
Timothy Haskins, Esquire
**Bryan Cave, LLP**
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
Phone: (314) 59-2000
Email: dhball@bryancave.com
       tim.hasken@bryancave.com

Susan M. Sharko, Esquire
JULIE L. Tersigni
**Drinker Biddle & Reath LLP**
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7000
Email: susan.sharko@dbr.com
       julie.tersigni@dbr.com

John H. Beisner, Esquire
**Skadden Arps Slate Meagher & Flom LLP**
1440 New York Avenue, NW
Washington, DC 20005-2111
Phone: (202) 371-7000
Fax:    (202) 393-5760
Email:  john.beisner@skadden.com

Matthew D. Powers, Esquire
Victoria L. Weatherford, Esqiore
**O'Melveny & Myers LLP**
Two Embarcadero Center, Suite 2800
San Francisco, CA 94111
Phone: (415) 984-8700
Fax:    (415) 984-8701
Email: mpowers@omm.com
       vweatherford@omm.com

Richard B. Goetz
**O'Melveny & Myers LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2801
Phone: (213) 430-6000
Fax:    (213) 430-6407
Email: rgoetz@omm.com

Sarah J Timberlake
**Abowitz Timberlake Dahnke & Gisinger, P.C.**
105 North Hudson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101-1937
Phone: (405) 236-4645
Fax:    (405) 239-2843
Email:  stimberlake@dsda.com

|  | Scott A James, Esquire<br>**Shook Hardy & Bacon LLP**<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002-2926<br>Phone: (713) 227-8008<br>Fax:     (713) 227-9508<br>Email:  sjames@shb.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |
|---|---|
| Lorna A Dotro, Esquire<br>Mark K. Silver, Esquire<br>**Coughlin Duffy LLP**<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 07962-1917<br>Phone: (973) 631-6016<br>Fax:     (973) 267-6442<br>Email: ldotro@coughlinduffy.com<br>            msilver@coughlinduffy.com<br><br>Mary Quinn-Cooper<br>**Mcafee & Taft**<br>1717 S. Boulder Avenue, Suite 900<br>Tulsa, OK 74119<br>Phone: (918) 587-7000<br>Email:  maryquinn.cooper@mcafeetaft.com<br><br>Nancy Mae Erfle, Esquire<br>**Gordon & Rees LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:     (503) 616-3600<br>Email:  nerfle@gordonrees.com<br><br>Vani R Singhal, Esquire<br>**Eldridge Cooper Steichen & Leach PLLC**<br>P.O. Box 3566<br>Tulsa, OK 74101<br>Phone: (918) 388-5555<br>Fax:     (918) 388-5654<br>Email: vani.singhal@mcafeetaft.com<br><br>*Attorneys for Defendant Imerys Talc America, Inc.* | Jason A Ryan<br>**Ryan Whaley & Coldiron**<br>119 N. Robinson Street, Suite 900<br>Oklahoma City, OK 73102<br>Phone: (405) 239-6040<br>Fax:     (405) 239-6766<br>Email:  jryan@ryanwhaley.com<br><br>Phillip G Whaley, Esquire<br>**Geister & Whaley**<br>120 North Robinson Avenue, Suite 2520<br>Oklahoma City, OK 73102<br>Phone: (405) 239-6041<br>Email:  pwhaley@ryanwhaley.com<br><br>*Attorneys for Defendant Personal Care Products Council* |

| *Rich-Williams v. Johnson & Johnson, et al.*<br>**USDC for the Northern District of Mississippi (Aberdeen Division); Case No: 1:16-cv-00121** ||
|---|---|
| Richard R. Barrett, Esquire<br>**Law Offices of Richard R. Barrett, PLLC**<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>Phone: (662) 380-5018<br>Fax:     (866) 430-5459<br>Email: rrb@rrblawfirm.net<br><br>*Attorney for Plaintiff Ada Rich-Williams* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc.* |

*Robinson v. Johnson & Johnson, et al.*
**USDC for the Southern District of Mississippi (Southern); Case No: 1:16-cv-00281**

| | |
|---|---|
| Warren T. Burns, Esquire<br>**Burns Charest LLP**<br>500 N. Akard Street, Suite 2810<br>Dallas, TX 75201<br>Phone: (469) 904-4550<br>Fax:      (469) 444-5002<br>Email:  wburns@burnscharest.com<br><br>Elizabeth Ann Roche', Esquire<br>**Burns Charest LLP**<br>365 Canal Street, Suite. 1170<br>New Orleans, LA 70130<br>Phone: (504) 799-2845<br>Fax:      (504) 881-1765<br>Email:  eroche@burnscharest.com<br><br>*Attorneys for Plaintiff Carol Robinson* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorney for Defendants Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc.* |

*Chakalos v. Johnson & Johnson, et al. .*
**USDC for the Northern District of New York (Syracuse); Case No: 3:15-cv-00290**

| | |
|---|---|
| Michael James Kuharski, Esquire<br>**Kuharski, Levitz & Giovinazzo, ESQS.**<br>176 HART Boulevard<br>Staten Island, NY 10301<br>Phone: (718) 448-1600<br>Fax: (718) 448-1699<br>Email:  mkuharski@klawnyc.com<br><br>*Attorney for Plaintiff James Chakalos o/b/o Janice Chakalos, Deceased* | Susan M. Sharko, Esquire<br>Julie L. Tersigni<br>**Drinker Biddle & Reath LLP**<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Phone: (973) 549-7000<br>Email: susan.sharko@dbr.com<br>         julie.tersigni@dbr.com<br><br>John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |
| Lorna A Dotro, Esquire<br>Mark K. Silver, Esquire<br>**Coughlin Duffy LLP**<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 07962-1917<br>Phone: (973) 631-6016<br>Fax:      (973) 267-6442<br>Email: ldotro@coughlinduffy.com<br>         msilver@coughlinduffy.com<br><br>Nancy Mae Erfle, Esquire<br>**Gordon & Rees LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:      (503) 616-3600<br>Email:  nerfle@gordonrees.com<br>*Attorneys for Imerys Talc America, Inc.* | |

*Lovato, et al. v. Johnson & Johnson, et al.*
**USDC District of New Mexico (Albuquerque); Case No: 1:16-cv-00610**

| | |
|---|---|
| Turner W. Branch, Esquire<br>Joshua Bradley, Esquire<br>Margaret M. Branch, Esquire<br>**Branch Law Firm**<br>2025 Rio Grande Blvd, NW<br>Albuquerque, NM 87104<br>Phone: (505) 243-3500<br>Fax:     (505) 243-8319<br>Email: tbranch@branchlawfirm.com<br>          jbradley@branchlawfirm.com<br><br>*Attorneys for Plaintiffs Angela Lovato, Katie Basbagill, Syble Brewer, Dawn Durbin, Angele Fede, Barbara Fiscacci, Toni Gross, Patricia Hines, Mary Jaubert, Roberta Johanson, Pamela Kidd, Al Martinez, Donila Martinez, Authur Smoller, and Barbara Vincent* | Robert J. Curtis,  Esquire<br>Ellen M. Kelly,  Esquire<br>**Robert Curtis Law Office PA**<br>215 Central NW, Suite 200<br>Albuquerque, NM 87102<br>Phone: 505-389-2030<br>Email:  robert@rcurtislaw.com<br>            ellen@rcurtislaw.com<br><br>Iain L. Kennedy, Esquire<br>Kathleen A. Frazier, Esquire<br>Scott A. James, Esquire<br>**Shook, Hardy & Bacon LLP**<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br>Phone: (713) 227-8008<br>Fax:     (713) 227-9508<br>Email:  ikennedy@shb.com<br>            kfrazier@shb.com<br>            sjames@shb.com<br><br>*Attorneys for Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |
| Lisa Chavez Ortega, Esquire<br>Bruce D. Hall, Esquire<br>**Rodey, Dickason, Sloan, Akin & Robb**<br>PO Box 1888<br>Albuquerque, NM 87103-1888<br>Phone: (505) 765-5900<br>Fax:     (505) 768-7395<br>Email: lortega@rodey.com<br>          bhall@rodey.com<br><br>Michael R Klatt, Esquire<br>Leslie Benitez, Esquire<br>**Gordon and Rees, LLP**<br>816 Congress Avenue, Suite 1510<br>Austin, TX 78701<br>Phone: (512) 391-0197<br>Email: mklatt@gordonrees.com<br>          lbenitez@gordonrees.com<br><br>Nancy M. Erfle<br>Gordon and Rees<br>121 SW Morrison Street, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 382-3852<br>Email:  nerfle@gordonrees.com<br><br>*Attorneys for Imerys Talc America, Inc. and Ethicon Endo-Surgery, Inc,.* | |

**Robb, et al. v. Johnson & Johnson, et al.**
**USDC for the Western District of Oklahoma (Oklahoma City); Case No: 5:16-cv-00620**

| | |
|---|---|
| Matthew J Sill, Esquire<br>**Sill Law Group**<br>14005 N Eastern Ave<br>Edmond, OK 73013<br>Phone: (405) 509-6300<br>Fax:      (405) 509-6268<br>Email:  Matt@sill-law.com<br><br>Charles C Weddle, III, Esquire<br>Joe E. White, Jr., Esquire<br>**White & Weddle PC**<br>5532 N Western Ave<br>Oklahoma City, OK 73118<br>Phone: (405) 858-8899<br>Fax:      (405) 858-8844<br>Email:  charles@whiteandweddle.com<br>           joe@whiteandweddle.com<br><br>Derek K Burch, Esquire<br>**Burch & George**<br>204 N Robinson Ave, Suite 1500<br>Oklahoma City, OK 73102<br>Phone: (405) 239-7711<br>Fax:      (405)239-7795<br>Email:  DerekBurch@Burch-George.com<br><br>John P Zelbst, Esquire<br>**Zelbst Holmes & Butler**<br>P O Box 365<br>411 SW Sixth St<br>Lawton, OK 73502-0365<br>Phone: (580) 248-4844<br>Fax:      (580) 248-6916<br>Email:  zelbst@zelbst.com<br><br>*Attorneys for Plaintiffs Mary R, Robb, and Melissa Ann Aguilar and Freddy Aguilar, w/h,* | Sarah J Timberlake, Esquire<br>**Doerner Saunders Daniel & Anderson**<br>105 N Hudson, Suite 500<br>Oklahoma City, OK 73102-4805<br>Phone: (405) 319-3500<br>Fax:      (405) 319-3509<br>Email:  stimberlake@dsda.com<br><br>Scott A James, Esquire<br>**Shook Hardy & Bacon, LLP**<br>600 Travis Street, Suite 3400<br>Houston, TX 77002-2926<br>Phone: (713) 227-8008<br>Fax:      (713) 227-9508<br>Email:  sjames@shb.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

**Nancy Bors v. Johnson & Johnson, et al.**
**USDC for Eastern District of Pennsylvania (Philadelphia); Case No: 2:16-cv-02866**

| | |
|---|---|
| Brian J. McCormick, Jr., Esquire<br>**Ross Feller Casey, LLP**<br>One Liberty Place, Suite 3450<br>1650 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 574-2000<br>Fax:      (215) 574-3080<br>Email:  bmccormick@rossfellercasey.com<br><br>*Attorney for Plaintiff Nancy Bors as Administratrix of the Estate of Maureen Broderick, Deceased* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:      (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

| | |
|---|---|
| Nancy M. Erfle, Esquire<br>**Gordon & Rees, LLP**<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Phone: (503) 222-1075<br>Fax:     (503) 616-3600<br>Email:  nerfle@gordonrees.com<br><br>*Attorney for Defendant Imerys Talc America, Inc.* | Thomas L. Locke, Esquire<br>**Seyfarth Shaw, LLP**<br>975 F. Street, NW<br>Washington, DC 20004<br>Phone: (202) 828-5393<br>Fax:     (202) 828-5393<br>Email:  tlocke@#seyfarth.com<br><br>*Attorney for Defendant Personal Care Products Council* |

**_Handy v. Johnson & Johnson, et al._**
**USDC for the Eastern District of Pennsylvania (Philadelphia); Case No: 2:16-cv-04608**

| | |
|---|---|
| Richard M. Golomb, Esquire<br>Ruben Honik, Esquire<br>Steven D. Resnick, Esquire<br>David J. Stanoch, Esquire<br>**Golomb & Honik, P.C.**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Phone: (215) 985-9177<br>Fax:     (215) 985-4169<br>Email:  rgolomb@golombhonik.com<br>          rhonik@golombhonik.com<br>          sresnick@golombhonik.com<br>          dstanoch@golombhonik.com<br><br>*Attorney for Plaintiff Dolorae Handy* | Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08901<br><br>Johnson & Johnson Consumer Companies, Inc.<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08901-1241<br><br>Imerys Talc America, Inc.<br>c/o The Corporation Trust Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>Personal Care Products Council<br>1620 L. Street, N.W., Suite 1200<br>Washington, DC 20036<br><br>*Defendants* |

**_Kuhn v. Johnson & Johnson, et al._**
**USDC for the Middle District of Tennessee (Columbia); Case No: 1:16-cv-00055**

| | |
|---|---|
| Charles F. Barrett<br>**Neal & Harwell**<br>150 Fourth Avenue, N, Suite 2000<br>Nashville, TN 37219<br>Phone: (615) 244-1713<br>Email:  cbarrett@nealharwell.com<br><br>*Attorney for Plaintiff Patricia Kuhn* | John H. Beisner, Esquire<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 371-70000<br>Fax:     (202) 393-5760<br>Email:  john.beisner@skadden.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.* |

***Slayden v. Johnson & Johnson et. Al,***
**USDC for the Southern District of Illinois; Case No. 16-cv-938-DRH-PMF**

---

*Served via US Regular Mail:*

Johnson & Johnson
M. H. Ullman
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Imerys Talc America, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Johnson & Johnson Consumer Companies, Inc.
Johnson & Johnson Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

*Defendants*

 

Dated: <u>September 2, 2016</u>          **Gori Julian & Associates, P.C.**

*/s/ D. Todd Mathews*
**D. Todd Mathews**

*Attorney for Plaintiff Rene Slayden*

-20-