BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" And "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |

## PROOF OF SERVICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

I hereby certify that I electronically filed the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT with the Clerk for The Judicial Panel on Multidistrict Litigation pursuant to its electronic case filing system (ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service.

**DATED:** This 2nd day of September, 2016.

Respectfully Submitted:

MATTHEW J. SILL

*/s/ Matthew J. Sill*
MATTHEW J. SILL
**SILL LAW GROUP, PLLC**
14005 N. Eastern Avenue
Edmond, Oklahoma 73013
Telephone: (405) 509-6300
Facsimile:  (405) 509-6268
Tara@sill-law.com

*Counsel for Plaintiffs:*

*Mary R. Robb, Melissa Ann Aguilar and Fredy Aguilar*