UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br><br>ORDER APPOINTING LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE |

**THIS MATTER** having been opened to the Court by Plaintiffs' counsel on an application to appoint lead counsel and a Plaintiffs' steering committee with respect to personal injury actions filed in this Multidistrict Litigation; it appearing that the Court held an Organizational Conference on November 17, 2016, wherein the Court directed all interested counsel, who represent any of the plaintiffs in this consolidated matter, to submit applications for appointment of lead counsel and Plaintiffs' steering committee by November 21, 2016; it appearing that the Court also directed that any response to those applications be filed by December 2, 2016; it appearing that other than a joint application for appointment of Plaintiffs' steering committee filed by Ms. P. Leigh O'Dell, Esq. and Ms. Michelle A. Parfitt, Esq., on behalf of various other attorneys, only one attorney, Richard L. Root, Esq., filed a separate application for appointment to serve on Plaintiffs' steering committee; it appearing that while Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Imerys Talc America, Inc. (collectively "Defendants"), have not objected to the applications, Defendants have raised issues regarding, *inter alia*, scope of discovery[1], third-party

---

[1] Defendants maintain that extensive discovery has already taken place in similar pending state and federal litigations. While the Court makes no comment on the breadth of discovery needed in this MDL litigation, the Court notes, however, numerous civil actions have been filed, and continue to be filed, in other jurisdictions, by counsel appearing in this MDL matter, against Defendants for similar personal injury claims; indeed, some of those cases have proceeded to trial. Therefore, the parties have previously exchanged substantial discovery in those cases that may be relevant here.

litigation finance and appointment of a state court case liaison; it appearing that the Court finds that appointing a state court liaison is appropriate for coordination purposes in light of numerous pending state court litigations that involve similar liability and damages issues; it further appearing that any scope of discovery or funding concerns are not ripe at this time, and thus, the Court shall reserve decisions on those issues until the appropriate time when they are properly presented to the Court; it appearing that the Court having considered counsel's applications and their qualifications,

**IT IS** on this 6th day of December, 2016,

The Court appoints the following[2]:

## I. ORGANIZATION OF PLAINTIFFS' COUNSEL

### A. Plaintiffs' Co- Lead Counsel

The Court designates the following to serve as Plaintiffs' Co-Lead Counsel:

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

---

[2] Although the Court approves the leadership organization of Plaintiffs' counsel as requested, the Court advises counsel that this decision is made based upon the representations that the participating attorneys are not only qualified to serve in these roles, but that, these appointments are necessary to promote, *inter alia*, efficiency. In that regard, should any inefficiencies based upon this structure, be brought to the attention of the Court, the parties are well advised that this Court reserves the right to amend the structure of the committees during the pendency of these MDL proceedings.

### B. Plaintiffs' Liaison Counsel

The Court designates the following to serve as Plaintiffs' Liaison Counsel:

Christopher M. Placitella
COHEN, PLACITELLA, & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

### C. Plaintiffs' Executive Committee

The Court designates the following to serve as the Plaintiffs' Executive Committee:

Warren T. Burns
BURNS CHAREST LLP
500 North Akard Street, Suite 2810
Dallas, TX 75201
Tel: 469-904-4551
Fax: 469-444-5002
wburns@burnscharest.com

Richard Golomb
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
rgolomb@golombhonik.com

Richard H. Meadow
THE LANIER LAW FIRM PC
6810 FM 1960 West
Houston, TX 77069
Tel: 713-659-5200
Fax: 713-659-2204
richard.meadow@lanierlawfirm.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Tel: 212-397-1000
hunter@napolilaw.com

### D. Plaintiffs' Steering Committee

The Court designates the following to serve on the Plaintiffs' Steering Committee:

Laurence S. Berman
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
lberman@lfsblaw.com

Timothy G. Blood
BLOOD, HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619-338-1100
Fax: 619-338-1101
tblood@bholaw.com

Sindhu S. Daniel
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, #1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181
sdaniel@baronbudd.com

Kristie M. Hightower
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Fax: 337-439-1029
khightower@lundylawllp.com

Victoria Maniatis
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NJ 11530
Tel: 516-640-3913
Fax: 516-741-0128
vmaniatis@thesandersfirm.com

Eric H. Weinberg
THE WEINBERG LAW FIRM
149 Livingston Avenue
New Brunswick, NJ 08901
Tel: 732-246-7080
Fax: 732-246-1981
ehw@erichweinberg.com

Richard L. Root[3]
MORRIS BART, LLC
Pan America Life Center
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Tel. 504-525-8000
Fax: 504-599-3392
rroot@morrisbarft.com

Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: 317-636-2495
Fax: 317-636-2593
jgibson@cohenandmalad.com

Daniel R. Lapinski
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Woodbridge, NJ 07095
Tel: 732-855-6066
Fax: 732-726-4735
dlapinski@wilentz.com

Carmen S. Scott
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: 843-216-9162
Fax: 843-216-9450
cscott@motleyrice.com

C. Mark Whitehead, III
THE WHITEHEAD LAW FIRM, LLC
3639 Ambassador Caffery Parkway
Petroleum Tower, Suite 303
Lafayette, LA 70503
Tel: 337-740-6006
Fax: 337-205-7754
cmw@whiteheadfirm.com

---

[3] Steering Committee members shall confer and designate Mr. Root to the appropriate subcommittee(s).

**IT IS FURTHER ORDERED** that Plaintiffs' Steering Committee shall designate a state court litigation liaison.

**SO ORDERED**

/s/      Freda L. Wolfson
HON. FREDA L. WOLFSON