# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

### MDL NO. 2738

**IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION**

***Shirley Williams v. Johnson & Johnson
et al.* South Carolina 5:21-cv-03058 (DP)**

### NOTICE OF OPPOSITION
### TO CONDITIONAL TRANSFER ORDER NO. 274 (CTO-274)

The undersigned counsel represent Plaintiff, Shirley Williams, ("Plaintiff") in *Williams v. Johnson & Johnson,* South Carolina, 5:21-cv-03058 (DP). This action was included in the Conditional Transfer Order no. 274 ("CTO-274") filed September 24, 2021.

Pursuant to Rule 7.1(c) of the Rules of procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff hereby submits this Notice of Opposition to CTO-274, re: pldg. (1 in SC/5:21-cv-03058, [2749] in MDL no. 2738).

This notice should preclude the Clerk of the Panel from transmitting CTO-274 to the clerk of the transferee district court. Plaintiff understands that, pursuant to Rule 7.1(f) of the Rules of Procedure for the JPML, the motion to vacate CTO-274 and brief in support thereof must be filed within 14 days of the filing of this Notice.

DATED:        September 29, 2021        Respectfully submitted,


                                 **RICHARDSON, THOMAS, HALTIWANGER,
                                 MOORE & LEWIS, LLC**

                    By:    *s/William C. Lewis*_____
                           William C. Lewis, SC State Bar #101287
                           will@richardsonthomas.com
                           Terry Richardson, SC State Bar #4721
                           terry@richardsonthomas.com
                           1513 Hampton Street, First Floor
                           Columbia, South Carolina 29201
                           T: (803) 281-8145
                           F: (803) 632-8263

**WILLIAMS & WILLIAMS**

C. Bradley Hutto
cbhutto@williamsattys.com
1281 Russell Street
Orangeburg, South Carolina 29115

Attorneys for Plaintiff Shirley Williams