**IN RE: JOHNSON & JOHNSON**                                    MDL No. 2738
**TALCUM POWDER PRODUCTS**
**MARKETING, SALES PRACTICES**
**AND PRODUCT LIABILITY LITIGATION**

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel for Multi-District Litigation, the undersigned hereby certifies that on September 29, 2021,

a copy of the foregoing was filed via JPML CM/ECF System, which will provide electronic

service notification to all counsel of record.  A hardcopy of said Opposition was also placed in

the mail on September 29, 2021 to:

  Imerys Talc America, Inc.

  c/o The Corporation Trust Company

  1209 Orange Street

  Wilmington, DE 19801


Dated: September 29, 2021    Respectfully submitted,


      By:  *s/William C. Lewis*_____
          William C. Lewis, SC State Bar #101287
          will@richardsonthomas.com
          Terry Richardson, SC State Bar #4721
          terry@richardsonthomas.com
          Richardson, Thomas, Haltiwanger,
          Moore & Lewis, LLC
          1513 Hampton Street, First Floor
          Columbia, South Carolina 29201
          T: (803) 281-8145
          F: (803) 632-8263

          C. Bradley Hutto
          cbhutto@williamsattys.com
          Williams & Williams
          1281 Russell Street
          Orangeburg, South Carolina 29115

cbhutto@williamsattys.com

Attorneys for Plaintiff Shirley Williams