UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received:  11/27/2023

District Court:  M.D. Louisiana

Number of Actions:  1

Complaints and Docket Sheets are attached.

*Tiffaney D. Pete*
CLERK OF THE PANEL